1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



OCT 2 9 2008



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> MUNTASAR JABBAR, <br>     Defendant. | Misc no. 08-SW 461 KJM <br><br> APPLICATION FOR UNSEALING ORDER; AND ORDER |

On October 27, 2008, a search warrant was filed, under seal, in the above-referenced case. Since the search warrant has been executed, it is no longer necessary for the Search Warrant, Application, Affidavit and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008           McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney

1

Unsealing Application & Order
Page 2

**ORDER**

SO ORDERED:

DATED: October 29, 2008

_____
HON. KIMBERLY MUELLER
United States Magistrate